**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00882-CR

**CHACEY TYLER POYNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32739CR**

## ORDER

The reporter's record, originally due August 27, 2019, has been filed.

In light of this, we **VACATE** that portion of our January 14, 2020 order that orders Julie C. Vroom not sit as a court reporter. We also **DENY** as moot appellant's January 8, 2020 motion to set deadline for filing reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie C. Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office; and counsel for all parties.

Appellant's brief is **DUE** March 19, 2020.

Ms. Vrooman has been ordered not to sit until the reporter's record is filed in 05-19-00858-CR, styled *Joshua Ryan Flanagin v. the State of Texas* (trial court cause number 32550CR). That order remains in effect until further notice.

/s/     LANA MYERS
         JUSTICE